## VOEGE v. UNITED STATES.

(Circuit Court of Appeals, Second Circuit. November 10, 1920.)

No. 26.

**Criminal law ☜1134 (3) —Sentence not reviewable.**

A sentence is not reviewable by the appellate court because of its severity.

In Error to the District Court of the United States for the Southern District of New York.

Criminal prosecution by the United States against John Voege. Judgment of conviction, and defendant brings error. Affirmed.

R. M. Moore, of New York City, for plaintiff in error.

Francis G. Caffey, U. S. Atty., of New York City (Albert C. Rothwell, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. We discover no error in this case. The sentence was a very severe one, but we have no authority in respect to it.

The judgment is affirmed.